IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHNNY KEY**                                                        **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 1:07cv992-RHW**

**ROBERT MARTIN**                                      **DEFENDANT**

## FINAL JUDGMENT

This civil action came on for bench trial before the Court on November 25, 2008, the Honorable Robert H. Walker, United States Magistrate Judge presiding. The Court heard testimony of the parties and their witnesses, received the documentary evidence offered, and after hearing arguments of the parties, the Court finds in favor of the Defendant on the plaintiff's claim. Based upon the findings dictated into the record in open court at the conclusion of the trial, it is therefore,

**ORDERED** that final judgment is hereby entered in favor of the defendant, and this case is dismissed, this the 25th day of November, 2008.

                                                /s/ *Robert H. Walker*
                                                ROBERT H. WALKER
                                                UNITED STATES MAGISTRATE JUDGE